P. H. PRUETT v. STATE. (No. 12263.) Court of Criminal Appeals of Texas. Nov. 14,

1928.

Fred H. Woodard, of Amarillo, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. The appeal is dismissed upon the written request of the appellant.